UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Dana Harmon,<br><br>             Plaintiff,<br><br>versus<br><br>XTO Energy, Inc.,<br><br>             Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action H-21-2323 |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed without prejudice. (16)

Signed on September 14, 2021, at Houston, Texas.

                                        Lynn N. Hughes
                               United States District Judge